IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-01254-RPM-GJR

KATHLEEN BELL

    Plaintiff,

v.

AUTOZONE, INC.

    Defendant.

---

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

The Court having reviewed the Unopposed Motion for Withdrawal of Katherine M.L. Pratt, Esq., being duly advised in the premises, and for good cause shown; DOES HEREBY GRANT the Motion. Andrew D. Ringel, Esq., Lisa A. Krupicka, Esq. and Jennifer Shorb Hagerman, Esq. will continue to represent Defendant AutoZoners, L.L.C. Katherine M.L. Pratt, Esq. Is hereby withdrawn as counsel of record from this matter and the clerk is instructed to terminate her ECF notification.

Dated this ___ day of November 2010.

By the Court:

_/s/_

~~Richard P. Matsch~~
~~United States District Court Judge~~
US Magistrate Judge