IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No.   10-cv-01254-RPM-GJR

KATHLEEN BELL,

    Plaintiff,

vs.

AUTOZONE, INC.,

    Defendant.

## ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER (Doc. 33)

The Unopposed Motion to Amend Scheduling Order is **GRANTED**.

All discovery shall be completed by May 31, 2011.

Dispositive motion deadline is continued to July 01, 2011.

The Settlement Conference scheduled for February 24, 2011 at 10:00 a.m. is **VACATED** and rescheduled to April 25, 2011 at 11:00 a.m.

DATED at Grand Junction, Colorado, this 25th day of January, 2011.

                BY THE COURT:

                s/ Gudrun J. Rice

                Gudrun J. Rice
                United States Magistrate Judge