IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01254-RPM-GJR

KATHLEEN BELL,

    Plaintiff,

v.

AUTOZONE, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Joint Motion for Dismissal of the Motion for Sanctions and the Joint Stipulation for Dismissal with Prejudice filed August 29, 2011, it is

    ORDERED that the motion for dismissal of the motion for sanctions is granted and it is

    FURTHER ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    DATED:   September 2nd, 2011

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge